# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BONNIE GRIFFITHS, <br><br> Plaintiff, <br><br> v. <br><br> MEDLINE INDUSTRIES, INC., MEDLINE INDUSTRIES, L.P., CHARLES N. MILLS, JAMES D. ABRAMS, ISOMEDIX OPERATIONS, INC., COSMED GROUP, INC., and VANTAGE SPECIALTY CHEMICALS, INC., <br><br> Defendants. | No. <br><br> Hon. |

## JOINDER AND CONSENT TO REMOVAL

Without waiving any of its defenses or other rights, Defendant **Isomedix Operations, Inc.** hereby joins in and consents to the removal of *Griffiths v. Isomedix Operations, Inc., et al.*, No. 2023-L-009949, from the **Circuit Court of Cook County, Illinois** to this Court.

Dated: July 25, 2024

Respectfully submitted,

*/s/ Philip M. Oliss*
Philip M. Oliss
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: poliss@jonesday.com

*Counsel for Isomedix Operations, Inc.*